UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MIRIAM SPITZ, an individual; on behalf of
herself and all others similarly situated,

                                                                                                   12 CIV 3738 (ER)

                      Plaintiff,

        v.

COLLECTION TECHNOLOGY, INC.,
a CALIFORNIA CORPORATION and JOHN and
JANE DOES 1-25,

                    Defendants.
-----------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses her individual claims in the present matter with prejudice, and those of the putative class without prejudice.

_____
Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone (516) 522-2621
Facsimile (888) 522-1692
Attorney for Plaintiff

_____
Peter T. Shapiro
LEWIS BRISBOIS BISGAARD & SMITH LLP
77 Water Street
New York, New York 10005-4401
Telephone (212) 232-1322
Attorney for Defendant